UNTIED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

John Wilson                                                 Chapter 7
Mary Wilson,                                                Case No. 05-54408-tjt
                                                            Honorable Thomas J. Tucker

      Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check(s), totaling in the amount of **$3,398.46** represents the total sum of

unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is

(are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Charles Green<br>Menard Correctional Center<br>PO Box 711<br>Menard, IL 62259 | 000028 | $1,113.29 |
| Taylorville Correctional Center<br>PO Box 900<br>Taylorville, IL 62568<br>Doug Sawyer K81792 | 000072 | $585.94 |
| Gary Kimble<br>6665 State<br>Rt. 146 #K95460<br>Vienna, IL 62995 | 000136 | $1,113.29 |
| State of Illinois<br>Attn: Avonne Seals<br>500 South Second Street<br>Springfield, IL 62706-0001 | 000138 | $585.94 |

                                            Respectfully Submitted,

                                By:    /s/ Wendy Turner Lewis
                                               Wendy Turner Lewis (P39505)
                                               Chapter 7 Trustee
                                               444 West Willis Street, Suite 101
                                               Detroit, MI  48201
Dated: February 3, 2011             (313) 832-5555
                                               trustee@lewistrustee.com